**Order entered December 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

Before the Court is appellant's November 7, 2013 motion requesting reporter's records and November 25, 2013 second motion for an extension of time to file a brief. Appellant is appealing the divorce decree signed by the trial court on October 15, 2012. The trial court conducted a hearing on October 15, 2012 and recited in the divorce decree that the hearing was recorded. In response to this Court's order dated October 16, 2013, Francheska Duffey, Official Court Reporter for the 330th Judicial District Court of Dallas County, Texas, filed the reporter's record from a hearing held on July 9, 2013 in the suit affecting the parent child relationship. This hearing is not part of the appeal.

This appeal cannot proceed without the reporter's record. Despite numerous orders, the Court has yet to receive the appropriate reporter's records. Accordingly, the Court **ORDERS** Francheska Duffey to file, **ON OR BEFORE JANUARY 3, 2014**, the reporter's records from the following hearings:

1. August 23, 2012;

2. October 2, 2012;

3. October 15, 2012

4. November 6, 2012;

5. December 4, 2012;

6. January 7, 2013;

7. January 25, 2013

8. January 31, 2013;

9. February 22, 2013; and

10. February 26, 2013

If no hearings were recorded on any of the above dates, Francheska Duffey shall certify that fact to this Court.   We **CAUTION** Francheska Duffey that if the requested reporter's records are not filed **ON OR BEFORE JANUARY 3, 2014**, we will utilize the available remedies to obtain the record, which may include ordering that Francheska Duffey not sit as a court reporter until the complete record is filed in this appeal.

We **GRANT** appellant's motion for an extension of time to file a brief.  Appellant shall file his brief on or before Monday, February 3, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Francheska Duffey, appellant, and counsel for appellee.

/s/      ELIZABETH LANG-MIERS
JUSTICE